NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JS IP, LLC, FONTAINEBLEAU FLORIDA HOTEL, LLC, AND SFX NIGHTLIFE OPERATING, LLC,**
*Plaintiffs-Appellees,*

**v.**

**MARK DANIEL ADAMCZYK,**
*Defendant-Appellant.*

———————————

2014-1811

———————————

Appeal from the United States District Court for the Southern District of Florida in No. 1:14-cv-21977-UU, Judge Ursula Ungaro-Benages.

———————————

**ON MOTION**

———————————

Before LOURIE, MOORE, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellees move to dismiss this appeal for lack of jurisdiction. Mark Daniel Adamczyk does not respond.

Adamczyk appeals from a decision of the United States District Court of the Southern District of Florida

granting appellees' motion for default judgment and permanent injunction relating to use of appellees' trademarks. This court is a court of limited jurisdiction, which does not include authority over this trademark infringement dispute. *See* 28 U.S.C. § 1295.

While appellees seek dismissal, we deem it the better course to transfer the case pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Eleventh Circuit.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to dismiss is denied.

(2)  This appeal is transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24

ISSUED AS A MANDATE: October 21, 2014